AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Monique Barnes ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    3:12-3103-CMC-SVH |
| SCEG, City of Columbia Water, Wateree, Salvation ) | |
| Army, Judge Gwenlyne Jones, Judge Dothy Jones, ) | |
| Tashia Jeter, N. Prude, Mrs. Mills, City of Columbia ) | |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Monique Barnes, take nothing of the defendants, SCEG, City of Columbia Water, Wateree, Salvation Army, Judge Gwenlyne Jones, Judge Dothy Jones, Tashia Jeter, N. Prude, Mrs. Mills, and City of Columbia, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Shiva V. Hodges, which recommended dismissal.

Date:   November 16, 2018                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Charles L. Bruorton
                                                                        _____
                                                                             *Signature of Clerk or Deputy Clerk*